| | |
|---|---|
| **From:** | Chris Johnson |
| **To:** | WAWDdb_NewCasesTac |
| **Subject:** | NEW CASE REQUEST |
| **Date:** | Tuesday, September 16, 2025 10:28:01 PM |
| **Attachments:** | Hoffenmer INC CLAIM.pdf |

**CAUTION - EXTERNAL:**

Request filing of new case. Please see attached. Thanks

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.