UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C JOHNSON., | Case No: 3:25-CV-05831-TMC |
| Plaintiff, | **FED. R. CIV. PRO. 41(a)(1)(A)(i) MOTION TO DISMISS** |
| vs. | |
| HOFFENMER INC., | |
| Defendant. | |
| | Jury Trial: Yes |

### **INTRODUCTION**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), plaintiff Christopher C. Johnson hereby moves for dismissal with prejudice of the above-captioned lawsuit and all of plaintiff's claims against Hoffenmer INC. with each side to bear its own costs and fees. Parties have settled this matter.

Date: 10/2/2025

/s/Christopher C Johnson
5613 121st Street Court E #1
Puyallup, WA 98373
cejay80@gmail.com

MOTION TO DISMISS - 1